UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-25-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| WILLIAM OTIS WHEELER | |

On motion of the Defendant, William O. Wheeler, and for good cause shown, it is hereby ORDERED that the **[DE 29]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 26th day of March, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge